# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Katharine H. | U.S. District Court, Southern District of New York | 07/23/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

500 Pearl St.
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (uncompensated) | Trust #1 |
| 2. | Trustee (uncompensated) | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2016 | Proskauer Rose LLP Defined Benefit Pension Plan |
| 2. 2016 | Proskauer Rose LLP Keogh Plan (firm managed asset selection) |
| 3. 2016 | Proskauer Rose LLP 401(k) Plan |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | NYC Bar Association - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Sedona Conference | May 2-3, 2019 | Charlotte, N.C. | Conference on discovery/ FRCP | Flight, cabs, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. JP Morgan Chase | LOC | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NY 529 Program (H) | | | | | | | | | |
| 2. NY College Savings Program, Conservative Income Portfolio (age based) | A | Int./Div. | J | T | Distributed (part) | 07/15/19 | K | | Tuition payment |
| 3. | | | | | Distributed (part) | 09/23/19 | J | | Tuition payment |
| 4. | | | | | Distributed (part) | 10/14/19 | J | | Tuition payment |
| 5. | | | | | Distributed (part) | 12/19/19 | K | | Tuition payment |
| 6. IRA (H) | | | | | | | | | |
| 7. BNY Mellon Cash | A | Interest | J | T | | | | | |
| 8. US Bank Cash | A | Interest | L | T | | | | | |
| 9. CORE | B | Dividend | K | T | | | | | |
| 10. AGG | B | Dividend | K | T | | | | | |
| 11. ALFA | A | Dividend | K | T | | | | | |
| 12. BJBHX | A | Dividend | J | T | | | | | |
| 13. ECON | A | Dividend | K | T | | | | | |
| 14. GOOG | A | Dividend | K | T | | | | | |
| 15. GOOGL | A | Dividend | J | T | | | | | |
| 16. NCR | A | Dividend | L | T | | | | | |
| 17. VT | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  MSFT | B | Dividend | L | T | Buy | 10/16/19 | K | | |
| 19.  AMZN | C | Dividend | L | T | | | | | |
| 20.  BYND | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 21.  Stock Account (H) | | | | | | | | | |
| 22.  Fidelity FCASH account | A | Interest | K | T | | | | | |
| 23.  AAGPX | B | Dividend | K | T | | | | | |
| 24.  AAPL | B | Dividend | L | T | | | | | |
| 25.  ABBV | A | Dividend | J | T | | | | | |
| 26.  ABT | A | Dividend | K | T | Donated | 12/21/19 | J | | donation |
| 27.  ACMVX | C | Dividend | K | T | | | | | |
| 28.  ATT | A | Dividend | J | T | Buy | 01/01/19 | J | | corporate aquision of TW |
| 29.  BJBHX | A | Dividend | J | T | Sold (part) | 09/26/19 | J | | sale |
| 30.  CAMOX | A | Dividend | J | T | | | | | |
| 31.  CHTR | A | Dividend | J | T | | | | | |
| 32.  CSCO | B | Dividend | J | T | | | | | |
| 33.  DAL | A | Dividend | J | T | | | | | |
| 34.  DIS | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | EFA | A | Dividend | K | T | | | | | |
| 36. | ETSY | A | Dividend | J | T | | | | | |
| 37. | FDRXX | A | Dividend | J | T | | | | | |
| 38. | FLCSX | A | Dividend | J | T | | | | | |
| 39. | FTBFX | B | Dividend | J | T | | | | | |
| 40. | FTHRX | B | Dividend | J | T | | | | | |
| 41. | IBM | A | Dividend | J | T | | | | | |
| 42. | IWM | A | Dividend | K | T | | | | | |
| 43. | KO | A | Dividend | J | T | | | | | |
| 44. | NNTWX | C | Dividend | K | T | | | | | |
| 45. | OAKIX | B | Dividend | K | T | | | | | |
| 46. | PFE | C | Dividend | M | T | | | | | |
| 47. | PTSGX | D | Dividend | K | T | | | | | |
| 48. | VWO | A | Dividend | J | T | | | | | |
| 49. | Nokia | C | Dividend | J | T | | | | | |
| 50. | HRL | A | Dividend | J | T | | | | | |
| 51. | HAIDX | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Katharine H.** | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. JACTX | D | Dividend | L | T | | | | | |
| 53. MNOSX | A | Dividend | J | T | | | | | |
| 54. NKE | A | Dividend | J | T | | | | | |
| 55. Trust #1 - Mass Mutual whole life | B | Dividend | N | T | | | | | |
| 56. Trust #2 - Athena whole life | E | Dividend | N | T | | | | | |
| 57. 401(k) (H) | | | | | | | | | |
| 58. Dodge & Cox Stock | C | Dividend | O | T | | | | | |
| 59. Goldman Sachs Small Cap Value Inst'l | B | Dividend | L | T | | | | | |
| 60. Keogh (H) | | | | | | | | | |
| 61. Dodge & Cox Stock | B | Dividend | N | T | | | | | |
| 62. Dodge & Cox Int'l Stock | B | Dividend | M | T | | | | | |
| 63. Dodge & Cox Balanced | B | Dividend | N | T | | | | | |
| 64. ML Edge UTMA #2 (H) | | | | | | | | | |
| 65. ML Edge UTMA Cash | A | Interest | J | T | | | | | |
| 66. AAPL (same stock; correction to symbol) | A | Dividend | J | T | | | | | |
| 67. CLNE (same stock; correction to symbol) | A | Dividend | J | T | | | | | |
| 68. F (same stock; correction to symbol) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. D | A | Dividend | J | T | | | | | |
| 70. PM | A | Dividend | J | T | | | | | |
| 71. TSLA | A | Dividend | J | T | | | | | |
| 72. Joint Account (H) | | | | | | | | | |
| 73. SPDR S&P 500 ETF Trust | B | Dividend | L | T | | | | | |
| 74. 401(K) (H) | | | | | | | | | |
| 75. CREF Growth R! (Y) | | | | | | | | | see row 84 |
| 76. TIAA Access Mid-Cap Value Fund T4 (Y) | | | | | | | | | see row 84 |
| 77. TIAA Access Int'n Equity Fund T4 (Y) | | | | | | | | | see row 84 |
| 78. TIAA-CREF Lifecycle Index 2030 Fund Institutional Class (Y) | | | | | | | | | see row 84 |
| 79. CREF Infl-Linked Bond RI (Y) | | | | | | | | | see row 84 |
| 80. TIAA Real Estate (Y) | | | | | | | | | see row 84 |
| 81. TIAA Access Social Choice Equity Fund T4 (Y) | | | | | | | | | see row 84 |
| 82. CREF Social Choice RI (Y) | | | | | | | | | see row 84 |
| 83. TIAA Traditional (Y) | | | | | | | | | see row 84 |
| 84. T-C Lfcycle 1dx 2030-Inst. | D | Dividend | M | T | Buy | 01/01/19 | M | | Rows 75-83 moved into 84 |
| 85. IRA (ROLLOVER) (H) | B | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Katharine H. | 07/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  RYH S&P 500 | A | Dividend | K | T | | | | | |
| 87.  Schb | A | Dividend | L | T | | | | | |
| 88.  VBK | A | Dividend | K | T | | | | | |
| 89.  TRBCX | A | Dividend | K | T | | | | | |
| 90.  Trust #6 - Mass Mutual whole life | B | Dividend | L | T | | | | | |
| 91.  JPMC Cash | D | Interest | L | T | | | | | |
| 92.  401(k) (H) | | | | | | | | | |
| 93.  American Funds 2030 Trgt. Date Retire R6 | A | Dividend | L | T | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Katharine H.** | 07/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Long- and/or short-term capital gains, if any, are also reflected in column B2; however, the drop down menu did not allow for this specificity.

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Katharine H.** | 07/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine H. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544